ANNIE CLAYTON, *ET AL.*, PLAINTIFFS-PETITIONERS, v. NEW DREAMLAND ROLLER SKATING RINK, INC., *ET AL.*, DEFENDANTS-RESPONDENTS.

*Mr. Louis Steisel* and *Mr. Horace G. Davis* for the petitioners.

*Mr. William J. Egan* and *Mr. Robert L. Hood* for the respondents.

November 23, 1953.   Denied.

STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v. WALTER G. WINNE, DEFENDANT-RESPONDENT.

*Mr. Theodore D. Parsons, Mr. Albert M. Ash* and *Mr. David H. Harris* for the petitioner.

November 23, 1953.   Denied.